**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  12-3081-CR-RTD |
| | ) | |
| EMILIO R. HARO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

Before the Court is the Report and Recommendation of the United States Magistrate Judge.  In his Report and Recommendation, the Magistrate Judge recommends that Defendant Emilio Haro be declared competent to stand trial.  That recommendation was based on a psychological evaluation conducted by Elizabeth A. Tyner, Ph.D., Clinical Psychologist at the United States Medical Center for Federal Prisoners.

Upon careful review, and there being no objections filed to the Report and Recommendations, the Court **HEREBY ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the order of this Court.  Accordingly,

**IT IS ORDERED** that Defendant is declared competent to stand trial.

**IT IS SO ORDERED.**

**DATED:  December 12, 2013**

s/ Robert T. Dawson
**ROBERT T. DAWSON
United States District Judge**